IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>　　Plaintiff,<br><br>　　　　v.<br><br>CCH, INCORPORATED,<br>　　Defendant. | )<br>)　1:10-cv-3494<br>)<br>)　Judge Dow<br>)<br>)　Magistrate Judge Ashman<br>)<br>)　JURY DEMANDED<br>) |

**ADDITIONAL CERTIFICATE OF SERVICE**

　　The undersigned hereby certifies that Plaintiff's Motion for Class Certification was served through United States Mail on June 8, 2010, to the following address:

　　　　CCH, Incorporated
　　　　c/o registered agent, CT Corporation System, Inc.
　　　　208 S. LaSalle Street, Suite 814
　　　　Chicago, Illinois 60604

　　　　　　　　　　　　　　　　　　　　　　　　/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com


**CERTIFICATE OF SERVICE**

　　I, Alexander H. Burke, hereby certify that this Motion and Notice of Motion were served upon counsel of record through the ECF system for the Northern District of Illinois, and were also served to CCH, Incorporated through its registered agent on June 21, 2010, via had delivery.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Alexander H. Burke