# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Martin

V.

CCH, Incorporated

CASE NUMBER: 1:10-cv-3494

ASSIGNED JUDGE: Dow

DESIGNATED MAGISTRATE JUDGE: Ashman

TO: (Name and address of Defendant)

CCH, Incorporated
c/o registered agent CT Corporation System, Inc.
208 S. LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Burke Law Offices, LLC; 155 N. Michigan Ave. Suite 9020; Chicago, IL 60601;
312-729-5288; ABurke@BurkeLawLLC.com

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

June 10, 2010
Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06-16-2010 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHARLES CHEATEM | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Left copies with Khalilah Stacks She's an Process Specialist at CCH, Incorporated c/o registered agent CT Corporation System, Inc. 208 S. LaSalle Street Suite 814 Chicago, IL 60604

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $40.00 | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-16-2010        Charles Cheatem
                Date            Signature of Server

1219 Cedarwood dr Cresthill, IL 60403
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.