# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:10-cv-3494 |
| v. | ) ) | Judge Dow |
| CCH, INCORPORATED, | ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

## CORPORATE AND BUSINESS IDENTITY DISCLOSURE STATEMENT

Defendant, CCH Incorporated ("CCH"), pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, states as follows for its Corporate Disclosure Statement:

CCH is a wholly owned subsidiary of Wolters Kluwer U.S. Corporation, and its ultimate parent corporation is Wolters Kluwer N.V., a publicly traded entity in the Netherlands.


DATED: July 12, 2010                     Respectfully submitted,

                                         By:    /s/  Susan E. Groh

                                         David L. Hartsell
                                         Susan E. Groh
                                         McGUIREWOODS LLP
                                         77 W. Wacker Drive, Ste. 4100
                                         Chicago, IL 60601
                                         (312) 849-8100
                                         dhartsell@mcguirewoods.com
                                         sgroh@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2010, I electronically filed the foregoing **CORPORATE AND BUSINESS IDENTITY DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Alexander H. Burke
>BURKE LAW OFFICES, LLC
>155 N. Michigan Ave., Suite 9020
>Chicago, IL 60601
>ABurke@BurkeLawLLC.com

/s/  Susan E. Groh