IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case 1:10-cv-3494 |
| v. | ) ) | Judge Dow |
| CCH, INCORPORATED, | ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, CCH, INCORPORATED, by its attorneys, McGuireWoods LLP, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this court grant its unopposed motion for a 21 day enlargement of time to file its responsive pleading to Plaintiff's Amended Complaint and, in support thereof, states as follows:

1. Plaintiff's Amended Complaint purports to state a claim under the Illinois Electronic Mail Act and the Telephone Consumer Protection Act.

2. Plaintiff's Complaint was filed on June 8, 2010, and Defendant was served on or about June 16, 2010. Plaintiff then filed an Amended Complaint on June 24, 2010. Defendant's responsive pleading is due on or about July 12, 2010.

3. Defense counsel was recently retained and has filed an Appearance contemporaneously with this motion. Defendant's counsel needs additional time to review the case materials in order to file an appropriate response to the complaint. Accordingly, Defendant requests an additional 21 days to answer or otherwise plead. This brief extension will not unnecessarily delay the litigation and will not prejudice any party.

4. Counsel for Defendant has contacted Plaintiff's counsel who has no objection to this Motion.

WHEREFORE, Defendant, CCH, INCORPORATED, respectfully requests this court grant it an enlargement of time up to and including August 2, 2010, to file an answer or to otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ Susan E. Groh

David L. Hartsell
Susan E. Groh
MCGUIREWOODS LLP
77 W. Wacker Drive
Suite 4100
Chicago, Illinois 60601
T: (312) 849-8100
F: (312) 849-3690
dhartsell@mcguirewoods.com
sgroh@mcguirewoods.com

## CERTIFICATE OF SERVICE

I, an attorney, hereby certify that on July 12, 2010, I electronically filed **Defendant's Unopposed Motion for Enlargement of Time** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Alexander H. Burke
> BURKE LAW OFFICES, LLC
> 155 N. Michigan Ave., Suite 9020
> Chicago, IL 60601
> ABurke@BurkeLawLLC.com

/s/ Susan E. Groh

\12716147.1