IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>　　Plaintiff,<br>　　　v.<br><br>CCH, INCORPORATED,<br>　　Defendant. | )<br>)　1:10-cv-3494<br>)　Judge Dow<br>)<br>)　Magistrate Judge Ashman<br>)<br>)<br>)　JURY DEMANDED |

### Re NOTICE OF MOTION[1]

To:
　　ECF Counsel of Record.

　　You are hereby notified that plaintiff has filed **Plaintiff's Motion for Leave to File Surreply** and will appear on **October 6, 2010 at 9:15 am** in front of **Judge Dow** in **Courtroom 1919** of the Everett McKinley Dirksen Building, United States Courthouse 219 South Dearborn Street, Chicago, IL 60604 to present such to the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

### CERTIFICATE OF SERVICE

　　I, Alexander H. Burke, hereby certify that this Motion and Notice of Motion were served upon counsel of record through the ECF system for the Northern District of Illinois.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Alexander H. Burke

---

[1] The original notice of motion stated an incorrect title of the motion. This notice fixes that error.