**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Nicholas Martin
                  Plaintiff,

v.                                          Case No.: 1:10–cv–03494
                                                        Honorable Robert M. Dow Jr.

CCH, Incorporated
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 20, 2011:

      MINUTE entry before Honorable Martin C. Ashman: Motion hearing held.Defendant's motion to compel [54] is granted in part and denied in part as stated in open court. Defendant's motion for extension of time to complete discovery [57] is granted without objection. Discovery ordered closed by 7/29/2011. Motion by 21st Century to quash subpoena [63] is granted in part and denied in part as stated in open court. Defendant's motion to compel [64] is granted in part and denied in part as stated in open court. Motion by 21st Century for protective order is denied without prejudice. All pending written discovery is to be complied with within 14 days. Status hearing set for 8/1/2011 at 10:00 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.