**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case 1:10-cv-3494 |
| v. | ) ) | Judge Dow |
| CCH INCORPORATED, | ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

### **DEFENDANT'S RULE 72(a) OBJECTION TO SEPTEMBER 26, 2011 ORDER**

NOW COMES defendant CCH Incorporated ("CCH"), by and through its counsel McGuireWoods LLP, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, and hereby submits the following Objection to the September 26, 2011 Order (Dkt. 82) of United States Magistrate Judge Martin C. Ashman denying in part CCH's motion to compel.

For the reasons set forth in the accompanying memorandum of law, CCH respectfully requests that this Court reverse in part the September 26, 2011 Order pursuant to Rule 72(a).

Dated: October 11, 2011

Respectfully submitted,

CCH Incorporated

*/s/ Sarah A. Zielinski*
David L. Hartsell
Susan E. Groh
Sarah A. Zielinski
McGuireWoods LLP
77 West Wacker Dr., Suite 4100
Chicago, IL 60601-7567
Tel: (312) 849-8100
dhartsell@mcguirewoods.com
sgroh@mcguirewoods.com
szielinski@mcguirewoods.com

2

**CERTIFICATE OF SERVICE**

    I, Sarah A. Zielinski, hereby certify that on this 11th day of October, 2011, I filed the foregoing document and exhibits electronically through the Court's ECF system. Notice of this filing will be sent to all registered users through the ECF system.

                                                    */s/ Sarah A. Zielinski*