

IRS.gov Home

## Authorized IRS e-file Providers

| | |
|---|---|
| Name of Business: | 21ST CENTURY TAX SERVICES |
| Address: | 209 WEST WOOD ST |
| City/State/ZIP: | PALATINE, IL 60067 |
| Point of Contact: | Nicholas M Martin |
| Telephone: | 630/479-3271 |
| Type of Service: | Electronic Return Originator |

| | |
|---|---|
| Name of Business: | ALLAN J. BRACHMAN CPA LTD |
| Address: | 1 E NORTHWEST HWY STE 204 |
| City/State/ZIP: | PALATINE, IL 60067 |
| Point of Contact: | ALLAN J BRACHMAN |
| Telephone: | 847/358-9730 |
| Type of Service: | Electronic Return Originator, Service Bureau, Transmitter |

| | |
|---|---|
| Name of Business: | BALOUN & COMPANY LLC |
| Address: | 855 N STERLING AVE SUITE 100 |
| City/State/ZIP: | PALATINE, IL 60067 - 2287 |
| Point of Contact: | DONALD J BALOUN |
| Telephone: | 847/991-1111 |
| Type of Service: | Electronic Return Originator |

| | |
|---|---|
| Name of Business: | BASS SOLOMON DOWELL & KITE LTD |
| Address: | 520 N HICKS STE 120 |
| City/State/ZIP: | PALATINE, IL 60067 |
| Point of Contact: | HAROLD SOLOMON |
| Telephone: | 847/934-0300 |
| Type of Service: | Electronic Return Originator |

| | |
|---|---|
| Name of Business: | BERT SCHMITT CPA |
| Address: | 319 BRIARWOOD LANE |
| City/State/ZIP: | PALATINE, IL 60067 |
| Point of Contact: | Albert W Schmitt |
| Telephone: | 847/925-9768 |
| Type of Service: | Electronic Return Originator |

| | |
|---|---|
| Name of Business: | BIK & CO, LLP |
| Address: | 625 N NORTH CT, STE 200 |
| City/State/ZIP: | PALATINE, IL 60067 |
| Point of Contact: | CHARLES J MARTIN |