

**Authorized IRS *e-file* Provider Locator Service For Tax Professionals**



**About the Database and Locator Service**

The "Authorized IRS *e-file* Provider" database is a nationwide listing of all businesses which have been accepted to participate in the electronic filing (IRS *e-file*) program.

This service allows you to:

- Identify and locate different types of Authorized IRS *e-file* Providers through interactive searches (e.g., Electronic Return Originators (EROs), Transmitters, Software Developers, and Service Bureaus).
- Download comma delimited text files by state or region for creating mailing lists using data base software packages. See "Downloading Comma Delimited Text Files" below.

**Note**: Providers currently enrolled in the IRS *e-file* use e-services e-file application via the Internet to update their database information. See "Updating the Authorized IRS e-file Provider Database" below.

**How to Search for a Provider**

This interactive search allows you to enter the first three, four, or all five digits of a zip code. Entering the first three digits of a zip code will search a wider geographical area than entering 4 or 5 digits.

**Example:** In Nebraska, a search using the first 3 digits of the zip code (e.g., 681) will display Providers for most of Omaha. A search using all 5 digits (e.g., 68110) will display Providers for a specific post office in Omaha.

Search results will be sorted in alphabetical order by the **business** name.

---

Select the Type of Authorized IRS *e-file* Provider You Are Searching For:
Electronic Return Originator  **Search Now:**

**Enter the first 3, 4 or all 5 numbers of a zip code:**   | Submit |

---

**Downloading Comma Delimited Text Files**

Information about each Provider is stored in the database as a long string of text or a "record", with each element of the record separated by commas (e.g., "IRS","1111 Constitution Ave NW",).

Comma delimited text files contain a group of "records" and can be downloaded by state or region. These text files can then be imported into database software packages and used to create mailing lists.

Download Comma Delimited Files

---

**Updating the Authorized IRS *e-file* Provider Database**

The IRS e-file Application is available through the internet-based business tools called "e-services". Existing IRS e-file participants can also use it to update their existing application whenever necessary.

*Page Last Reviewed or Updated: December 02, 2010*