## Zielinski, Sarah A.

**From:** Zielinski, Sarah A. [SZielinski@mcguirewoods.com]
**Sent:** Monday, October 10, 2011 5:10 PM
**To:** Alex Burke; Hartsell, David L.
**Cc:** Gary Klein; Shennan Kavanagh
**Subject:** RE: Martin v. CCH Documents

Alex,

Thank you for this document production. Unfortunately, however, it does not appear to be complete. Page 1 of this production references "the initial registration information" Plaintiff provided to the IRS and page 2 references Plaintiff's e-file application. These documents are responsive to our document requests and are within the scope of the materials Judge Ashman has twice compelled Plaintiff to produce. Please produce those documents.

Also, I am not sure what you are referring to when you say you are finalizing "settlement information." What do you mean by that?

Thanks and have a nice evening,

**Sarah A. Zielinski**
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
312.849.8288 (Direct Line)
312.698.4598 (Direct FAX)
szielinski@mcguirewoods.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

**From:** Alex Burke [mailto:ABurke@BurkeLawLLC.com]
**Sent:** Monday, October 10, 2011 9:14 AM
**To:** Zielinski, Sarah A.; Hartsell, David L.
**Cc:** Gary Klein; Shennan Kavanagh
**Subject:** Martin v. CCH Documents

Counsel,

Attached are the IRS e-file registration document and powerpoint document mentioned in your motion to compel. Please note the confidential designation on some pages.

I am finalizing the settlement information and hope to get it to you today or tomorrow.

Alex

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)

10/25/2011

ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

The information transmitted through this communication is intended only for the addressee and may contain confidential and/or privileged material. Any unauthorized interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited and may subject the unauthorized person or entity to criminal or civil liability. If you received this communication in error, please contact us immediately at (312) 729-5288, and delete the communication from any computer or network system.  This message is not intended to create an attorney-client relationship.  Unless you have entered into a written, signed document entitled "Authorization" with Burke Law Offices, LLC, the firm does not represent you.

10/25/2011