# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Nicholas Martin
                          Plaintiff,

v.                                             Case No.: 1:10–cv–03494
                                                     Honorable Robert M. Dow Jr.

CCH, Incorporated
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2011:

    MINUTE entry before Honorable Martin C. Ashman: Magistrate Judge Status hearing held on 11/2/2011. Motion hearing held on 11/2/2011.MOTION by Plaintiff Nicholas Martin for leave to file document under seal [91] is granted. MOTION by Defendant CCH, Incorporated to compel Plaintiff to Produce a Copy of His Authorized E–file Provider Application [97] is granted. Plaintiff shall execute an appropriate document to obtain the appropriate E–Filing application. MOTION by Plaintiff Nicholas Martin for extension of time to complete discovery [100] is granted. Discovery is allowed only for the purpose of getting response to subpoena issued to continuant and for the purpose of getting information from IRS. Discovery ordered closed by 1/13/2012. Status hearing set for 1/25/2012 at 10:30 AM. Briefing as to MOTION by Plaintiff Nicholas Martin for sanctions and for rule to show cause is set as follows: Reply due by 11/18/2011. Oral argument set for 11/30/2011 at 11:30 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.