UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case 1:10-cv-3494 |
| v. | ) ) | Judge Dow |
| CCH INCORPORATED, | ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

NOW COMES Defendant CCH Incorporated ("CCH"), by and through its counsel, and brings this Motion for Extension of Time to Respond to Plaintiff's Motion for Leave to File Second Amended Complaint, and in support thereof, states as follows:

1. Plaintiff alleges that CCH violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), by calling Plaintiff's cell phone using an automatic telephone dialing system or prerecorded or artificial voice message. (Am. Compl. ¶ 33.)

2. On September 30, 2011, Plaintiff filed a Motion for Leave to File a Second Amended Complaint ("Motion"). Dkt. 83. The proposed Second Amended Complaint expands the proposed class from a three-state class to a nationwide class. Dkt. 83-1 ¶ 45.

3. The Court initially granted CCH 14 days, until November 1, 2011, to file a brief responding to Plaintiff's Motion. Dkt. 94.

4. On November 4, 2011, the Court entered an order granting CCH a 14-day extension to respond to Plaintiff's Motion so that CCH could have the opportunity to present to Plaintiff a potential settlement framework. *See* Dkt. 105.

5. CCH, however, needs additional time to present its proposed settlement framework to Plaintiff. Accordingly, CCH respectfully requests a 14-day extension of time to file a response in opposition to Plaintiff's Motion.

6. Depending upon how discussions regarding the potential settlement framework proceed, it is possible that they will result in further refinements to the proposed class definition.

7. Accordingly, in the interests of judicial economy, CCH requests a 14-day extension of time, until November 29, 2011, to file a response in opposition to Plaintiff's Motion so that CCH has the opportunity to present its potential settlement framework to Plaintiff.

8. Counsel for CCH has conferred with Plaintiff's counsel regarding this motion, and Plaintiff's counsel has indicated that they do not oppose CCH's request for additional time.

WHEREFORE, CCH respectfully requests that this Court enter an order granting this motion and allowing CCH to have an additional 14 days, until November 29, 2011, to respond to Plaintiff's Motion for Leave to File the Second Amended Complaint, and awarding any further relief this Court deems just and proper.

Dated: November 15, 2011

Respectfully submitted,

CCH Incorporated

*/s/ Sarah A. Zielinski*
David L. Hartsell
Susan E. Groh
Sarah A. Zielinski
McGuireWoods LLP
77 West Wacker Dr., Suite 4100
Chicago, IL 60601-7567
Tel: (312) 849-8100
dhartsell@mcguirewoods.com
sgroh@mcguirewoods.com
szielinski@mcguirewoods.com

**CERTIFICATE OF SERVICE**

    I, Sarah A. Zielinski, hereby certify that on this 15th day of November, 2011, I filed the foregoing document and exhibits electronically through the Court's ECF system. Notice of this filing will be sent to all registered users through the ECF system.

                                                   */s/ Sarah A. Zielinski*