**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>       v.<br><br>CCH, INCORPORATED,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:10-cv-3494<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Ashman |

**<u>NOTICE OF CHANGE OF NAME, ADDRESS, AND EMAIL ADDRESS</u>**

**To: The Clerk Of The Above Court And All Counsel Of Record**

Please take note that the firm name, address, and email addresses of the following counsel for the plaintiffs in this action have changed.

Gary Klein
KLEIN KAVANAGH COSTELLO, LLP
85 Merrimac St., 4th Floor
Boston, MA 02114
Telephone: 617.357.5500
Facsimile: 617.357.5030
klein@kkcllp.com

Shennan Kavanagh
KLEIN KAVANAGH COSTELLO, LLP
85 Merrimac St., 4th Floor
Boston, MA 02114
Telephone: 617.357.5500
Facsimile: 617.357.5030
kavanagh@kkcllp.com

Dated January 25, 2012

Respectfully Submitted,

*/s/Gary Klein*
Gary Klein
klein@kkcllp.com
Shennan Kavanagh
kavanagh@kkcllp.com
KLEIN KAVANAGH COSTELLO, LLP
85 Merrimac St., 4th Floor
Boston, MA 02114
Telephone:    617.357.5500
Facsimile:     617.357.5030

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and electronic copies will be sent by email to those indicated as non-registered participants.

*/s/ Gary Klein*
Gary Klein