**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated,<br>  Plaintiff,<br><br>    v.<br><br>CCH, INCORPORATED,<br>  Defendant. | )<br>)  1:10-cv-3494<br>)<br>)  Judge Dow<br>)<br>)<br>)<br>)<br>)  JURY DEMANDED<br>) |

## UNOPPOSED MOTION TO EXTEND TIME TO SUBMIT PRELIMINARY APPROVAL MOTION

Plaintiff respectfully requests that the Court extend the time within which the parties may submit their motion for preliminary approval of class action settlement to <u>June 15, 2012</u>. In support of this motion, plaintiff states:

1. This is a Telephone Consumer Protection Act, 47 U.S.C. §227 class action regarding autodialed telephone calls to cellular telephones. The parties have reached a settlement in principal, through the mediation assistance of Honorable Wayne Anderson at JAMS.

2. The parties previously suggested to the Court that they could have the settlement agreement and preliminary approval motion completed in time to file by May 17, 2012. Based upon this representation, the Court set that date as the deadline for the motion.

3. Although the parties have made progress in converting their settlement in principle to a final settlement terms, there remain several material open issues in the settlement agreement that the parties are trying to resolve. The parties therefore believe an additional thirty days, until June 15, 2012, will be required to finalize the paperwork and submit the preliminary approval motion.

4. Defendant does not oppose this motion.

WHEREFORE, plaintiff respectfully requests that the Court extend the time within which the parties may submit their motion for preliminary approval of class action settlement to June 15, 2012.

Respectfully submitted,

Alexander H. Burke

**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com


Gary E. Klein
Shennan Kavanagh
**Klein Kavanagh Costello, LLP**
85 Merrimac Street
Boston, MA 02114
(617) 357-5500
(617) 357-5030 (fax)
klein@kkcllp.com
kavanagh@ kkcllp.com