**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) ) | 1:10-cv-3494 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Dow |
| CCH, INCORPORATED, | ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | JURY DEMANDED |

**PARTIES' JOINT STATUS REPORT**

1.    On May 15, 2012, this Court ordered the parties to submit a joint status report.

2.    The parties report that they have reached a class settlement, and are working to put together paperwork to submit to Judge Dow for preliminary approval of the settlement.

3.    The parties are hopeful that they can jointly file a motion for preliminary approval by June 15, 2012.

4.    The parties suggest that Judge Ashman deny all pending motions as moot because of the settlement, without prejudice to re-file if the settlement falls through for some unforeseen reason.


Respectfully submitted,

/s/Alexander H. Burke
Counsel for Plaintiff

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

Gary Klein
Shennan Kavanaugh
**Klein Kavanaugh Costello, LLP**
85 Merrimac Street, 4th Floor
Boston MA 02114
(617) 357-5031
klein@kkcllp.com
Www.kkcllp.com

/s/Sarah A. Zielinski
Counsel for Defendant

Sarah A. Zielinski
David L. Hartsell
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
312.849.8288 (Direct Line)
312.698.4598 (Direct FAX)
szielinski@mcguirewoods.com