**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case 1:10-cv-3494 |
| v. | ) ) | Judge Dow |
| CCH INCORPORATED, | ) ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO**
**SUBMIT PRELIMINARY APPROVAL MOTION**

NOW COMES Defendant CCH Incorporated ("CCH"), by and through its counsel, and brings this Unopposed Motion to Extend Time to Submit Preliminary Approval Motion, and in support thereof, states as follows:

1.      This is a Telephone Consumer Protection Act, 47 U.S.C. § 227 class action regarding autodialed telephone calls to cellular telephones. The parties have reached a settlement in principal.

2.      On August 7, 2012, the Court granted Defendant's unopposed motion to extend time to submit the preliminary approval motion until August 27, 2012.

3.      Although the parties have made progress in converting their settlement in principle to a final settlement terms, there remain several material open issues in the settlement agreement that the parties are trying to resolve. The parties therefore believe an additional fourteen days, until September 10, 2012, will be required to finalize the paperwork and submit the preliminary approval motion.

4.      Plaintiff does not oppose this motion.

WHEREFORE, CCH respectfully requests that the Court enter an order granting this motion and extend the time within which the parties may submit their motion for preliminary approval of class action settlement to September 10, 2012, and awarding any further relief this Court deems just and proper.

Dated: August 27, 2012                                        Respectfully submitted,

CCH Incorporated

*/s/ Susan E. Groh*
David L. Hartsell
Susan E. Groh
Sarah A. Zielinski
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-7567
Tel: (312) 849-8100
dhartsell@mcguirewoods.com
sgroh@mcguirewoods.com
szielinski@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I, Susan E. Groh, hereby certify that on this 27th day of August 2012, I filed the foregoing document and exhibits electronically through the Court's ECF system. Notice of this filing will be sent to all registered users through the ECF system.

*/s/ Susan E. Groh*