**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>　　Plaintiff,<br><br>　　　　v.<br><br>CCH, INCORPORATED,<br>　　Defendant. | )<br>)　1:10-cv-3494<br>)<br>)　Judge Dow<br>)<br>)<br>)　JURY DEMANDED<br>)<br>) |

**MOTION TO EXTEND TIME TO FILE PRELIMINARY APPROVAL MOTION
AND FOR A STATUS RCONFERENCE**

Plaintiff respectfully requests that this Court extend the time within which the parties may file their motion for preliminary approval by two weeks, to September 24, 2012, and hold a status conference so that the parties may report on settlement progress. In support of this motion, plaintiff states:

1.　This is a Telephone Consumer Protection Act, 47 U.S.C. §227 case. The parties began talking about settling this case in October, 2011, and mediated this case in front of the Honorable Wayne Andersen. The parties entered into a formal memorandum of understanding as to class action settlement of this case on March 9, 2012.

2.　Since that date, the parties have been working on settlement papers. Plaintiffs sent a draft settlement agreement to CCH during the week of March 16, 2012. A number of items in the settlement have been hotly contested. Even though the parties have reached consensus on all issues, finalization of the papers is still taking exceedingly long to accomplish.

3.　The current status is that the parties have reached the terms of the settlement, and plaintiffs are waiting for signatures from CCH.

4.	The original joint goal for the parties' preliminary approval motion was May 17, 2012. Since then, the parties have asked for five extensions. Plaintiff requests that the Court extend the time for the parties to submit their motion for preliminary approval, and respectfully suggests that the Court hold a status hearing so that the parties may report on progress.

WHEREFORE, respectfully requests that this Court extend the time within which the parties may file their motion for preliminary approval by two weeks, to September 24, 2012, and hold a status conference so that the parties may report on settlement progress.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

Gary Klein
Shennan Kavanaugh
**Klein Kavanagh Costello, LLP**
85 Merrimac Street, 4th Floor
Boston MA 02114
(617) 357-5031
klein@kkcllp.com
Www.kkcllp.com