**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>　　Plaintiff,<br><br>　　　　v.<br><br>CCH INCORPORATED,<br>　　Defendant. | )<br>)　1:10-cv-3494<br>)<br>)<br>)　Judge Dow<br>)<br>)　Magistrate Judge Geraldine Soat Brown<br>)<br>) |

**NOTICE OF FILING STIPULATION AND AGREEMENT OF SETTLEMENT**

Plaintiff, individually and on behalf of the Settlement Class, by and through undersigned counsel, gives notice of filing with the Court of the following:

1. Stipulation and Agreement of Settlement;

2. Exhibit A - [Proposed] Second Amended Class Action Complaint;

3. Exhibit B - [Proposed] Preliminary Approval Order;

4. Exhibit C - Direct Mail Notice;

5. Exhibit D – Claim Form;

6. Exhibit E – [Proposed] Final Approval Order; and

7. Exhibit F - [Proposed] Final Judgment and Order of Dismissal.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Alexander H. Burke*
　　　　　　　　　　　　　　　　　Alexander H. Burke
　　　　　　　　　　　　　　　　　BURKE LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　155 N. Michigan Ave., Suite 9020
　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　(312) 729-5288
　　　　　　　　　　　　　　　　　(312) 729-5289 (fax)
　　　　　　　　　　　　　　　　　ABurke@BurkeLawLLC.com

*/s/ Gary Klein*
Gary Klein (*admitted pro hac vice*)
Shennan Kavanagh (*admitted pro hac vice*)
Klein Kavanagh Costello, LLP
85 Merrimac Street, 4th Floor
Boston, MA 02114
(617) 357-5500
(617) 357-5030 (fax)
klein@kkcllp.com
kavanagh@kkcllp.com
www.kkcllp.com