# SHENNAN KAVANAGH, ESQUIRE
## KLEIN KAVANAGH COSTELLO, LLP
**85 Merrimac Street**
**Boston, MA 02114**
**Email: kavanagh@kkcllp.com**
**Web: www.kkcllp.com**

## RESUME

### PROFESSIONAL EXPERIENCE

**Klein Kavanagh Costello, LLP – Boston, MA**
**January 2012 - present**

Ms. Kavanagh is a partner in this nationally known litigation firm specializing in consumer class actions and litigation, with a particular focus on unfair banking practices, civil rights and products liability. KKC is court appointed lead counsel in seven multidistrict litigation proceedings.

**Roddy Klein & Ryan - Boston, MA**
**2003 - 2011**

Ms. Kavanagh was an associate specializing in consumer class actions with a particular focus on consumer financial services litigation.

**Volunteer Lawyers Project - Boston, MA**
**2003 - 2005**

Ms. Kavanagh represented low-income debtors in bankruptcy proceedings.

**Legal Advocacy and Resource Center - Boston, MA**
**2002 –2003**

Ms. Kavanagh advised low-income consumers on consumer law issues via a legal hotline, including Chapter 7 and 13 bankruptcy, alternatives to bankruptcy, and debt collection practices. Ms. Kavanagh ran bankruptcy clinics and trained volunteers on the hotline.

**U.S. Peace Corps - Guinea, West Africa**
**1997-1999**

Ms. Kavanagh taught English as a Second Language in a rural high school. In conjunction with the Guinean Ministry of Education, she published a guide to writing lesson plans that was distributed to local English teachers countrywide. Among other projects, Ms. Kavanagh collaborated with students and professors and obtained funding

to furnish the local library with resources, including books, games, and a large-scale world map wall mural. She organized events at school to promote awareness of girls' issues and to encourage them to contemplate career options open to them.

## EDUCATION

J.D. Suffolk University Law School - Boston (*cum laude*)
B.A. University of Vermont

## PROFESSIONAL ASSOCIATIONS

Boston Bar Association (Co-Chair, Class Action Committee - 2009-present, member)
National Association of Consumer Advocates (member)

## BAR ADMISSIONS

Supreme Judicial Court of Massachusetts
First Circuit Court of Appeals
Fifth Circuit Court of Appeals
Ninth Circuit Court of Appeals

## PROFESSIONAL ACTIVITIES

### Representative Litigation Projects

*Campusano, et al. v. Bank of America, N.A., et al*., 11-cv-04609 AHM (C.D. Cal) (pending national class action challenging Bank of America's failure to honor permanent home loan modifications).

*In re Bank of America Home Affordable Modification Program (HAMP) Contract Litigation,* MDL No. 2193 (D. Mass) (Court Appointed Interim Co-Lead Counsel in multi-district litigation proceeding challenging Bank of America's failure to honor commitments to modify mortgages).

*In re Porsche Cars North America, Inc. Plastic Coolant Tubes Products Liability Litigation*, MDL No. 2233 (S.D. Ohio) (Court Appointed Interim Co-Lead Counsel multi-district litigation products liability case challenging Porsche's failure to replace defective coolant tubes).

*Ramirez v. GreenPoint Mortgage Funding, Inc.,* C08-0369, 2010 WL 2867068 (N.D. Cal. July 20, 2010) (class action settlement of mortgage lending discrimination claims asserting disparate impact of lender's discretionary loan mark-up policies).

*In re Wells Fargo Mortgage Lending Practices Litigation*, 08-cv-1930 MMC (N.D. Cal.) (challenges to discriminatory mortgage lending practices).

*In re Countrywide Financial Corp. Mortgage Lending Practices Litigation*, MDL No.

1974 (W.D. Ky.) (challenges to discriminatory mortgage lending practices).

*Allen v. Decision One Mortgage Co.,* 07-cv-11669-GAO (D. Mass.) (national class action settlement of mortgage lending discrimination claims).

*In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, MDL No. 1715 (N.D. Ill.) (national class action settlement of claims for subprime mortgage lending practices).

*Curry v. Fairbanks Capital Corporation*, 03-10875-DPW (D. Mass.) (settlement of nationwide class action based on predatory loan servicing practices).

*Pettway v. Harmon Law Offices PC*, 03-10932 (D. Mass) (class settlement of claims for fee overcharges against foreclosure law firm).

*Mounce v. Wells Fargo Home Mortgage Inc.,* Adv. No. 04-05182, 2008 WL 2224935 (Bankr. W.D. Tex. May 27, 2008) (challenges to Chapter 7 Bankruptcy Code violations).

*Rodriguez, et al. v. Countrywide Home Loans, Inc.*, Adv. P. No. 08-01004 (Bankr. S.D. Tex.) (challenges to Chapter 13 Bankruptcy Code violations).

*Santiago, et al. v. Wells Fargo, et. al.*, Adv. P. No. 07-00247 (Bankr. D.P.R.) (class settlement of claims for violation of the Bankruptcy Code's discharge injunction).

*Lample, et al. v. Banco Santander, et al.*, Adv. P. No. 07-00092 (Bankr. D.P.R.) (class settlement of claims for violation of the Bankruptcy Code's discharge injunction).

*Keating v. Encore Credit Corporation, et al.*, 07-4736 (Middlesex Superior) (settlement of individual predatory lending case preventing foreclosure on ailing homeowner).

*Martin v. BeForeclosures Corporation, et al.*, Adv. P. No. 04-19278 (Bankr. D. Mass) (individual foreclosure rescue scam case for family with a permanently disabled child).

*Johnson, et al. v. Best Rate Funding Corp.*, 07-30070 (D. Mass) (individual case against lender for home loan refinance that was against the borrowers' best interest).

### Representative Publications

Co-author, "Causes of the Subprime Foreclosure Crisis and the Availability of Class Action Responses" 2 N.U.L.J 137 (Spring 2010) (with Gary Klein).

Co-author, "Mortgage Lending Discrimination and its Role in the Subprime Lending Crisis," written testimony provided for the Hearing Before the Subcomm. on the Constitution, Civil Rights and Civil Liberties of the H. Comm. on the Judiciary, 111th Cong. 162-188 (April 29, 2010) (with Gary Klein).

Contributing author, "Consumer Class Actions" (National Consumer Law Center, 7th Ed.

2010).

Substantive contributions, "Foreclosures, Defenses, Workouts and Mortgage Servicing" (National Consumer Law Center, 2011 Supplement).

Researcher, "Chapter 93A Rights and Remedies: Chapter 13-Business Disputes Under Chapter 93A" by Seth Stadfeld (MCLE 2nd Ed. 2007).

Editor and researcher, "E-Business Legal Handbook" by Michael L. Rustad (New York: Aspen Law & Business 2003).

Writer and editor, "E-Commerce and Communications: Transactions in Digital Information" by Stephen Y. Chow (Matthew Bender & Company, Inc. 2002).

### *Representative Seminars*

"Laying a Winning Evidentiary Foundation for Class Certification," National Consumer Law Center Class Action Symposium (November, 2011).

"Mortgage Developments – Litigation and Regulatory," Practicing Law Institute (March, 2011).

"Drafting and Responding to Civil Written Discovery Requests," Boston Bar Association (November, 2010).

"Consumer Litigation Roundtable," Northeastern University Law School (November, 2010).

"Multi-District Litigation:  Boon or Bane?" Boston Bar Association (February, 2010).

"Litigating Fair Housing and Fair Lending Cases," Boston Bar Association (May, 2009).

"Shelter From The Storm: Advocacy In The Subprime Fallout," Northeastern University Law School (March, 2009).

"Subprime Mortgage Discrimination Cases,"National Consumer Law Center (October, 2008).

"Fair Housing and Predatory Lending Training," Massachusetts Attorney General's Office and the Massachusetts Fair Housing Center (June, 2008).

"Community Forum on Foreclosures and Predatory Lending," Boston's Fair Housing Center, Northeastern University (April, 2007).

"Introduction to Consumer Class Actions," National Consumer Law Center (November, 2007).